IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT W. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 24-319-KD-MU |
| | ) |
| U.S. SECURITIES AND EXCHANGE COMMISSION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, it is hereby **ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Western District of New York (Buffalo Division).

**DONE** this 4th day of October 2024.

                                                   s/ Kristi K. DuBose
                                                 UNITED STATES DISTRICT JUDGE